

FILED _____ ENTERED
LOGGED _____ RECEIVED

SEP 2 5 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

## ATTACHMENT A
### Statement of Facts

*The United States and Defendant stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

At all times relevant to this case, defendant **RICHARD SPIVEY** ("**SPIVEY**") was a resident of Waldorf, Maryland.

Between on or about January 29 and 30, 2014, **SPIVEY** distributed over 2,000 files depicting real children engaged in sexually explicit conduct via a peer-to-peer file-sharing program. The files distributed and possessed by **SPIVEY** were transported through the Internet and therefore traveled in interstate and foreign commerce. The following are examples of files **SPIVEY** distributed:

a. "janet-008F" – An image that included a penis penetrating the genital area of a prepubescent infant female.

b. "1171299328147" – An image that included a prepubescent African-American toddler-aged female performing oral sex on a penis in a bathroom. The image was located in a folder named "black toddler." Four other images in the folder contained images of what appear to be the same prepubescent female, some of which meet the definition for child pornography.

c. "Babys(4)(1)" – An image that included a penis penetrating the genital area of a prepubescent infant female with the presence of a fluid that appears to be ejaculate on the torso and genital area of the infant.

On June 18, 2014, a search warrant was executed at **SPIVEY**'s residence in Waldorf, Maryland. Pursuant to the search warrant, members of law enforcement seized, among other items, a Dell desktop computer, a Dell Latitude laptop computer, a Seagate Free Agent GoFlex Desk external drive, and a Seagate Free Agent Desktop external hard drive. All of these electronic devices belonged to **SPIVEY**, contained child pornography, and were manufactured outside of the state of Maryland and therefore affected interstate or foreign commerce.

A forensic review of the electronic devices found thousands of image files and hundreds of movie files constituting child pornography. Some of these image files and videos portrayed sadistic and masochistic conduct and other depictions of violence, as well as images of infants and toddlers. On the Dell desktop computer and Dell Latitude laptop computer were artifacts of peer-to-peer file sharing applications and video streaming applications, as well as Internet search queries related to child pornography.

In addition, members of law enforcement found on the Defendant's Seagate Free Agent GoFlex Desk external hard drive six surreptitiously recorded videos of an approximately eleven-

year old female in different stages of undress. The videos depict the minor female in a child's bedroom and appear to have been recorded after she had returned from taking a shower. ██████ Between on or about October 15, 2012 and November 4, 2012, Defendant surreptitiously recorded the videos of the minor female using a hidden camera. These videos constitute child pornography, as defined in Title 18 United States Code Section 2256(8).

Also on June 18, 2014, **SPIVEY** waived his *Miranda* rights and agreed to be interviewed by members of law enforcement. **SPIVEY** admitted to viewing child pornography images on the Internet. **SPIVEY** stated that he "probably" downloaded child pornography in January 2014. **SPIVEY** also admitted to seeing images of infants involved in child sex abuse and said he had seen children of all ages in such images. **SPIVEY** admitted to using search terms such as "young," "pthc," and "lolita." When asked what the search term "pthc" stood for, **SPIVEY** advised that it meant "pre-teen hardcore." Furthermore, **SPIVEY** admitted to using peer-to-peer file-sharing programs to download child pornography. Finally, **SPIVEY** admitted to surreptitiously producing videos of his adult family member while the family member was in the bathroom in various stages of undress.

I have read this statement of facts, and have carefully reviewed it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it. I acknowledge that it is true and correct.

_9/15/15_  
Date

_[signature]_  
Richard Spivey

I am Richard Spivey's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

_9/15/15_  
Date

_[signature]_  
Ebise Bayisa, Esq.

10